United States District Court
Southern District of Texas
**ENTERED**
July 18, 2016
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### GALVESTON DIVISION

| | | |
|---|---|---|
| FREDERICK  OWENS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:15-CV-355 |
| | § | |
| CHEVRON U.S.A., INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

Plaintiff FREDERICK OWENS has filed a Stipulation of Dismissal With Prejudice (Dkt. 15), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Plaintiff indicates in his Stipulation that he has conferred with opposing counsel, and that Defendant's counsel does not oppose his request that his case be dismissed, with prejudice.

Accordingly, it is hereby **ORDERED** that Plaintiff's action against Defendant CHEVRON U.S.A., INC. is hereby **DISMISSED, WITH PREJUDICE**.

Each party shall bear its own attorneys' fees and costs.

**THIS IS A FINAL JUDGMENT.**

SIGNED at Galveston, Texas, this 18th day of July, 2016.

_George C. Hanks Jr._
George C. Hanks Jr.
United States District Judge